```
1  KATHLEEN A. McCORMAC (#159012)
   ALLAN J. GOMES (#225810)
2  McCORMAC & ASSOCIATES
   655 Montgomery Street, Suite 1200
3  San Francisco, California 94111
   Telephone: (415) 399-1722
4  Facsimile: (415 399-1733

5  Attorneys for Plaintiff
   Robert Wagle
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAGLE, <br><br> Plaintiff, <br><br> vs. <br><br> HEARST COMMUNICATIONS, INC. et al. <br><br> Defendant. | Case No. C-05-1656 MMC <br><br> **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, that the court dismiss individual defendant Jennifer Reber, erroneously named as Michelle Reber, from this matter, with prejudice. Each side to bear its own fees and costs.

McCORMAC & ASSOCIATES

DATED: July 28, 2005

_/s/_

Attorney for Plaintiff

ALLEN MATKINS LLP

DATED: July 28, 2005

_/s/_

Attorney for Defendant
Hearst Communications, Inc.

1

## ORDER

IT IS SO ORDERED, and defendant Jennifer Reber, erroneously named as Michelle Reber, is hereby DISMISSED pursuant to Rule 21 and with prejudice.

Dated: August 3, 2005

*[signature]*
U.S. DISTRICT COURT JUDGE

2